**N.C. COUNCIL OF CHURCHES v. STATE OF NORTH CAROLINA**

[343 N.C. 117 (1996)]

NORTH CAROLINA COUNCIL OF CHURCHES; AND JIMMY CREECH v. STATE OF NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF CORRECTION; AND FRANKLIN FREEMAN, IN HIS OFFICIAL CAPACITY

No. 433A95

(Filed 4 April 1996)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 84, 461 S.E.2d 354 (1995), affirming an order entered by Stephens (Donald W.), J., on 11 August 1993, in Superior Court, Wake County. Heard in the Supreme Court 14 March 1996.

*Patterson, Harkavy & Lawrence, by Burton Craige, for plaintiff-appellants.*

*Michael F. Easley, Attorney General, by W. Dale Talbert and Jacob L. Safron, Special Deputy Attorneys General, and William McBlief, Associate Attorney General, for defendant-appellees.*

PER CURIAM.

AFFIRMED.